# ELECTRONIC RECORD

COA # 06-14-00173-CR          OFFENSE: 31.03

STYLE: Rochelle Schelling v. The State of Texas          COUNTY: Gregg

COA DISPOSITION: Modified, as Modified Affirmed          TRIAL COURT: 124th District Court

DATE: 3/17/15          Publish: No     TC CASE #: 43049-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Rochelle Schelling v. The State of Texas          CCA #: **438-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _10/07/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD